## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN F. TUCKEY,** | : | **CIVIL ACTION NO. 1:13-CV-02096** |
| | : | |
| **Plaintiff,** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **INTERMATIC, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 24th day of January, 2014, upon consideration of the motion to remand to state court (Doc. 9), filed by plaintiff Stephen Tuckey, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 9) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania